

# Fourth Court of Appeals

## San Antonio, Texas

### MEMORANDUM OPINION

Nos. 04-14-00232-CR
04-14-00233-CR &
04-14-00234-CR

The **STATE** of Texas,
Appellant

v.

Ricardo **GARZA**,
Appellee

From the County Court at Law No. 15, Bexar County, Texas
Trial Court Nos. 413042, 413041, & 413040
The Honorable Michael La Hood, Judge Presiding

PER CURIAM

Sitting:     Marialyn Barnard, Justice
             Rebeca C. Martinez, Justice
             Patricia O. Alvarez, Justice

Delivered and Filed:  June 11, 2014

MOTION TO DISMISS GRANTED; DISMISSED FOR WANT OF JURISDICTION

Appellant the State of Texas filed a motion to dismiss these appeals for want of jurisdiction. After the trial court clarified its original order, it was clear the appeals are from an order transferring venue to another county, which the State admits it may not appeal.  *See* TEX. CODE CRIM. PROC. ANN. art.  44.01(a) (West Supp. 2013).  Accordingly, the State's motion to dismiss the appeals for want of jurisdiction is granted and the appeals are dismissed.  *See* TEX. R. APP. P.

42.2(a).  We **order** the clerk of this court to immediately issue the mandates.  *See* TEX. R. APP. P. 18.1(c).

PER CURIAM

Do Not Publish